UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO VILLANUEVA, | ) | Case No. SACV 08-0521-CAS(RC) |
| Petitioner, | ) | |
| vs. | ) | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDER DENYING CERTIFICATE OF APPEALABILITY |
| MATTHEW MARTEL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that: (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas corpus and dismissing the action with prejudice.

//

//

1   This Court finds the appeal would not be taken in good faith,
2 and petitioner has not made a substantial showing that he has been
3 denied a constitutional right, for the reasons set forth in the
4 Report and Recommendation; thus, a certificate of appealability
5 should not issue under 28 U.S.C. § 2253(c)(2) and Fed. R. App.
6 P. 22(b).  <u>Slack v. McDaniel</u>, 529 U.S. 473, 483, 120 S. Ct. 1595,
7 1604, 146 L. Ed. 2d 542 (2000); <u>Mayfield v. Calderon</u>, 229 F.3d 895,
8 900 (9th Cir. 2000).

10   IT IS FURTHER ORDERED that the Clerk shall serve copies of this
11 Order, the Magistrate Judge's Report and Recommendation and Judgment
12 by the United States mail on petitioner.

14 DATED: 9/1/10

                                    _____
                                         CHRISTINA A. SNYDER
                                    UNITED STATES DISTRICT JUDGE

18 R&Rs\08-0521.ADO2
   8/30/10